**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LESHAWN DAWSON, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>EDGEWELL PERSONAL CARE COMPANY<br><br>      Defendant. | Case No. 1:19-cv-01432-DAB<br>**AFFIDAVIT OF PLAINTIFF'S COUNSEL** |

  I, Joseph H. Mizrahi, declare under penalty of perjury that the parties have entered into a private and confidential settlement on an individual basis, whereby the legal rights of the purported, unnamed class members, as alleged in the complaint, remain unaltered.

Dated: July 22, 2019
     Brooklyn, New York

                Respectfully submitted,

                By: */s/ Joseph H. Mizrahi*
                Joseph H. Mizrahi, Esq.
                Cohen & Mizrahi LLP