UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

EDGEWELL PERSONAL CARE COMPANY

Defendant.

Case No. 1:19-cv-01432-DAB
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         September 16, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Juliene Drei Munar, Esq.
Hunton Andrews Kurth LLP
50 California St., Suite 1700
San Francisco, CA 94111
JDreiMunar@hunton.com
*Attorneys for Defendant*

SO ORDERED

_____
DEBORAH A. BATTS   9/26/19
UNITED STATES DISTRICT JUDGE